LESLIE K. ICZKOVITZ  # 2393
Law Offices of Leslie K. Iczkovitz
1350 Ala Moana Boulevard, Suite 1508
Honolulu HI 96814
Tel: (808) 523-8449
Fax: (808) 356-0832
Email: lesisko@aol.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ZARINA CROWE, | Case No.: 1:11-cv-00494-DAE -RLP |
| Plaintiff, | |
| v. | **VOLUNTARY DISMISSAL** |
| J.A. CAMBECE LAW OFFICE, P.C., | |
| Defendant. | |

ZARINA CROWE (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, J.A. CAMBECE LAW OFFICE, P.C., (Defendant), in this case.

Respectfully Submitted,

                                      KROHN & MOSS, LTD.

DATED:  November 15, 2011       By:  /s/ Leslie K. Iczkovitz
                                            Leslie K. Iczkovitz, Esq.
                                            Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

       I hereby certify that on November 15, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on November 15, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

                                            By:  /s/ Leslie K. Iczkovitz
                                                Leslie K. Iczkovitz, Esq.
                                                Attorney for Plaintiff